**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**DENVER STARCHER, on behalf**
**of himself and all other persons**
**and entities similarly situated,**

    **Plaintiffs,**

**v.**                               **Civil Action No. 5:23-cv-61**

**SOUTHWESTERN ENERGY**
**COMPANY, a foreign corporation,**
**TRIAD HUNTER, LLC, a foreign limited**
**liability company dba Triad Hunter nka as**
**SWN PRODUCTION (OHIO), LLC, a**
**foreign limited liability company, and**
**SWN PRODUCTION COMPANY, LLC,**
**a foreign limited liability company,**

    **Defendants.**

### <u>MOTION TO WITHDRAW AS COUNSEL AS TO AUSTIN D. ROGERS</u>

Pursuant to Rule 83.03 of the Local Rules of Court for the U.S. District Court for the Northern District of West Virginia, the undersigned moves to withdraw as counsel for Defendants Expand Energy Corporation and Expand Appalachia, LLC[1] ("Defendants").

Defendants will continue to be represented by Timothy M. Miller, Esquire and Jennifer J. Hicks, Esquire of Babst, Calland, Clements & Zomnir, P.C. and by Marc S. Tabolsky of Hicks Johnson, PLLC.

---

[1] On or about October 1, 2024, Southwestern Energy Company merged with Chesapeake Energy Corporation. The combined company is Expand Energy Corporation. Effective September 1, 2025, SWN Production Company, LLC merged into Expand Appalachia, LLC.

1

WHEREFORE, the undersigned attorney respectfully requests that this Court grant this Motion and enter the proposed order withdrawing Austin D. Rogers as counsel for Defendants Expand Energy Corporation and Expand Appalachia, LLC in the above-captioned matter.

**EXPAND ENERGY CORPORATION and EXPAND APPALACHIA, LLC**

By Counsel

*/s/ Austin D. Rogers*
Timothy M. Miller, Esquire (WVSB #2564)
Jennifer J. Hicks, Esquire (WVSB #11423)
Austin D. Rogers, Esquire (WVSB #13919)
Babst, Calland, Clements & Zomnir, P.C.
300 Summers Street, Suite 1000
Charleston, WV  25301
681-205-8888
681-205-8814 (fax)
tmiller@babstcalland.com
jhicks@babstcalland.com
arogers@babstcalland.com

and

Marc S. Tabolsky, Esquire (admitted *pro hac vice*)
Hicks Johnson, PLLC
1550 Lamar Street, Suite 1900
Houston, TX 77010
(713) 357-5150
(713) 357-5160 (fax)
mtabolsky@hicksjohnson.com

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**WHEELING DIVISION**

**DENVER STARCHER, on behalf**
**of himself and all other persons**
**and entities similarly situated,**

      **Plaintiffs,**

**v.**                                                **Civil Action No. 5:23-cv-61**

**SOUTHWESTERN ENERGY**
**COMPANY, a foreign corporation,**
**TRIAD HUNTER, LLC, a foreign limited**
**liability company dba Triad Hunter nka as**
**SWN PRODUCTION (OHIO), LLC, a**
**foreign limited liability company, and**
**SWN PRODUCTION COMPANY, LLC,**
**a foreign limited liability company,**

      **Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of May 2026, I electronically filed the *Motion to Withdraw as Counsel as to Austin D. Rogers* with the Clerk of the Court via the CM/ECF system which will send notification of such filing to counsel of record as follows:

Christian E. Turak, Esquire
Jeremy M. McGraw, Esquire
GOLD, KHOUREY & TURAK, L.C.
510 Tomlinson Ave.
Moundsville, WV 26041
cet@gkt.com
jmm@gkt.com
*Counsel for Plaintiffs*

Daniel J. Guida, Esquire
GUIDA LAW OFFICES, PLLC
3374 Main St.
Weirton, WV 26062
guidalaw@comcast.net
*Counsel for Plaintiffs*

3

*/s/ Austin D. Rogers*
Austin D. Rogers, Esquire (WVSB #13919)